No. 438. Mrs. Gertrude S. Ponder *v.* Lamar Life Insurance Company. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. H. B. Warren, Joseph D. Barksdale,* and *Albert H. Van Hook* for petitioner. No appearance for respondent.

No. 440. Lehigh Valley Railroad Company *v.* Steam Tug Cutchoque, Her Engines, etc., Long Island Railroad Company, Claimant. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. T. Catesby Jones* for petitioner. *Messrs. Chauncey I. Clark* and *William J. Dean* for respondents.

No. 441. Irvin McD. Garfield, as Receiver of B. B. & R. Knight, Inc. *v.* Mallory Steamship Company. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Hunter* for petitioner. *Mr. Ray Rood Allen* for respondent.

No. 442. J. A. Kemp, T. B. Noble, I. H. Roberts, et al. *v.* United States. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, Messrs. Sewall Key,* and *A. W. Gregg* for the United States.

No. 445. Max Hart *v.* B. F. Keith Vaudeville Exchange, Orpheum Circuit, Inc., Excelsior Collection Agency et al. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second